# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 22, 2008

136736

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SEAN M. CHALFIN,
   Plaintiff,

v

JOSEPH J. JERKINS, JOSEPH J. JERKINS
LAW OFFICES, LESLEY S. KRANENBERG,
and KRANENBERG McCARTHY, P.C.,
   Defendants-Appellees,
and

BLASKE & BLASKE, P.L.C., THOMAS H.
BLASKE, and JOHN F. TURCK, IV,
   Appellants.

SC: 136736
COA: 274168
Kalamazoo CC: 05-000598-NM

_____/

   On order of the Court, the application for leave to appeal the March 25, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 22, 2008

0915

Clerk